# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re:                                                   Case No.:

RAY KHEM SHAHANI

_____Debtor(s)_____/

## CREDITOR MATRIX COVER SHEET

I declare that the attached Creditor Mailing Matrix, consisting of 7 sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED: 11/11/09

/S/ Teresa A. Blasberg
_____
Signature of Debtor's Attorney or Pro Per Debtor

Wachovia
Loan Service Customer Support
P.O. Box 659558
San Antonio, TX 78265


United Commercial Bank
711 Van Ness Ave. 5th Fl
San Francisco, CA 94102


Sonoma Bank
SBA Department
3558 Round Barn Blvd. #300
Santa Rosa, CA 95403


Ray E. Allen
2427 N Tuscan Rd.
Palm Springs, CA 92262


Wells Fargo Home Mortgage
P.O. Box 10335
Des Moines, IA 50306


Scott General Inc
40365 Brickyard Dr. #104
Madera, CA 93638


Leona Shahani
726 Mandarin Ln.
Walnut Creek, CA 94598


US Small Business Administration
200 W. Santa Ana Blvd #180
Santa Ana, CA 92701

Chase Home Finance
P.O. Box 24696
Columbus, OH 43224


Robbin Shahani
23506 Balmoral Ln.
West Hills, CA 91307


Sonoma County Tax Collector
585 Fiscal Drive #100F
Santa Rosa, CA 95403


Scott Mandell
P.O. Box 1043
Guerneville, CA 95446


Chase Card Services
United Mileages Plus
P.O. Box 94014
Paltine, IL 60094


Bank of America
P.O. Box 15026
Wilminton, DE 19850


Ellis A Schoichet AIA
307 South B Street #2
San Mateo, CA 94401


HSBC Bank USA
P.O. Box 9
Buffalo, NY 14240

Keffer Construction
244A 11th Street
San Francisco, CA 94103


TL Electric Inc
2220 Mora Drive
Mountain View, CA 94040


California State Board of Equalization
P.O. Box 730
Santa Rosa, CA 95402


Last & Faoro
520 S El Camino Real #430
San Mateo, CA 94402


Wells Fargo Business Direct
P.O. Box 348750
Sacramento, CA 95834


Strouss Bros Const Inc
1810 Almaden Rd.
San Jose, CA 95125


Mark J Romeo
235 Montgomery St.
San Francisco, CA 94104


Alexander J Perez
3200 Geary Blvd. 2nd Fl
San Francisco, CA 94118

Timothy Le
95 Arago St.
San Francisco, CA 94112


Emmanuel A Santos
447 Sutter St. #710
San Francisco, CA 94108


Andreini Brothers
151 Main St.
Half Moon Bay, CA 94019


SF County Tax Collector
P.O.Box 7426
San Francisco, CA 94120


Citi Diamond Preferred Card
P.O. Box 6000
The Lakes, NV 89163


Home Automation Technologies
1660 S Amphlett Blvd. #305
San Mateo CA 94402


San Mateo County Tax Collector
555 County Center 1st Fl.
Redwood City, CA 94063


TelePacific Transworld Systems
4560 South Blvd. #100
Virginia Beach, VA 23452

Faultline Plumbing
7640 National Dr.
Livermore, CA 94550


Buffalos Mechanical Inc
800B S Stockton Ave.
Ripon, CA 95366


Chase Master Card
P.O.Box 15298
Wilmington, DE 19850


Modern Pacific
219 Lawrence Ave
South San Francisco, CA 94080


Milbrae Lock
311 El Camino Real
Millbrae, CA 94030


Diamond Fence
15466 Los Gatos Blvd
Los Gatos, CA 95032


Allan Automatic Sprinkler Corp
20303 Mack St.
Hayward, CA  94545


Classic Glass
780 Chestnut St.
San Jose, CA  95110

Martins Plastering Inc
1762 Rogers Ave.
San Jose, CA  95112


Sure Roofing Systems Inc
120 Sagamore St.
San Francisco, CA  94112


Wilson Landscape Construction Inc
1993 East Bayshore Rd.
Redwood City, CA 94063


SDI Insulation
370 Lang Rd.
Burlingame, CA  94010


GraniteRock/Pavex
120 Granite Rock Way
San Jose, CA  95136


Metro Steel Fab Inc.
701 Kings Row #49
San Jose, CA  95112


UCSF Periodontal Clinic
P.O. Box 7127
San Francisco, CA  94120


Spilsted Design Associates
133 Kearny St. #303
San Francisco, CA  94108

Stephen J. Camber
910 Rhode Island
San Francisco, CA 94107


AT&T
Payment Center
Sacramento, CA 95887


City of Burlingame Water Dept
501 Primrose Rd.
Burlingame, CA 94010


PG&E
Non-Energy Collection Unit
P.O. Box 8329
Stockton, CA 95208


Bay Alarm Company
Accounts Receivable Administrator
60 Berry Dr.
Pacheco, CA, 94553