| UNITED STATES BANKRUPTCY COURT |
| NORTHERN DISTRICT OF CALIFORNIA |

| In re | CHAPTER: 11 |
| RAY KHEM SHAHANI                         Debtor(s). | CASE NO.: |

# Form 4.
# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims.  The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case.  The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor *and complete* mailing address including zip code | Name, telephone number and complete mailing address including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, govern-ment contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
| United Commercial Bank | 711 Van Ness Ave., 5th Floor San Francisco, CA 94102 | Personal guaranty | unliquidated, disputed, subject to setoff | $1,755,000 |
| Scott General Inc. | 40365 Brickyard Dr. #104 Madera, CA 93638 | Construction services | unliquidated, disputed, subject to setoff | $525,000 |
| Chase Card Services | P.O. Box 94014 Paltine, IL 60094 | Line of Credit | | $75,000 |
| Bank of America | P.O. Box 15026 Wilmington, DE 19850 | Line of Credit | | $73,656 |
| Ellis A. Schoichet AIA | 307 South B Street #2 San Mateo, CA 94401 | Architectural Services | disputed, subject to setoff | $59,760 |
| HSBC Bank USA | P.O. Box 9, Buffalo, NY 14240 | Line of Credit | | $55,691 |
| Keffer Construction | 244A 11th Street San Francisco, CA 94103 | Construction Services | | $47,000 |
| TL Electric, Inc. | 2220 Mora Drive, Mountain View, CA 94040 | Construction Services | unliquidated, disputed, subject to setoff | $33,698 |

Date: 11/11/09

/s/Ray Shahani

Debtor

| UNITED STATES BANKRUPTCY COURT<br>NORTHERN DISTRICT OF CALIFORNIA | |
|---|---|
| In re<br>RAY KHEM SHAHANI          Debtor(s). | CHAPTER: 11<br><br>CASE NO.: |

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br>Name of creditor *and complete* mailing address including zip code | (2)<br>Name, telephone number and complete mailing address including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, govern-ment contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| California State Board of Equalization | P.O. Box 730, Santa Rosa, CA 95402 | Taxes | | $25,000 |
| Last & Faoro | 520 South El Camino Real, Suite 430, San Mateo, CA 94402 | Legal fees | | $20,882 |
| Wells Fargo Business Direct | P.O. Box 348750, Sacramento, CA 95834 | Line of Credit | | $19,015 |
| Strouss Bros. Const., Inc. | 1810 Almaden Road, San Jose, CA 95125 | Construction Services | disputed, subject to setoff | $27,540 |
| Mark J. Romeo | 235 Montgomery Street, San Francisco, CA 94104 | Legal Fees | | $18,064 |
| Classic Glass | 780 Chestnut Street San Jose, CA 95110 | Construction Services | disputed, subject to setoff | $19,360 |
| Wilson Landscape Construction, Inc. | 1993 East Bayshore Road Redwood City, CA 94063 | Construction Services | disputed, subject to setoff | $22,000 |
| GraniteRock/Pavex | 120 Granite Rock Way San Jose, CA 95136 | Construction Services | disputed, subject to setoff | $52,358 |
| Martins Plastering, Inc. | 1762 Rogers Ave San Jose, CA 95112 | Construction Services | disputed, subject to setoff | $18,100 |
| Alexander J. Perez | 3200 Geary Blvd, 2nd Floor, San Francisco, CA 94118 | Legal Fees | | $17,000 |
| Timothy Le | 95 Arago Street, San Francisco, CA 94112 | Personal Loan | | $16,000 |
| Emmanuel A. Santos | 447 Sutter St., Suite 710, San Francisco, CA 94108 | Accounting Fees | | $15,465 |