

**Signed and Filed: June 08, 2010**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**
_____

ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
RICHARD W. ABBEY, ESQ. (SBN: 053039)
RACHEL K. STEVENSON, ESQ. (SBN: 172525)
100 Stony Point Road, Ste. 200
Post Office Box 1566
Santa Rosa, California 95402-1566
Telephone No.: (707) 542-5050
Facsimile No.: (707) 542-2589
rstevenson@abbeylaw.com

Attorneys for Creditor/Moving Party
Sterling Savings Bank, Successor in
Interest by Merger to Sonoma National Bank

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re:<br><br>RAY KHEM SHAHANI,<br><br>Debtor. | Case No. 09-33549<br>Chapter 11<br>RKS/001<br><br>Date: May 27, 2010<br>Time: 9:30 a.m.<br>Location: 235 Pine Street, 19th Fl. San Francisco, CA |

### ORDER ON STERLING SAVINGS BANK'S MOTION FOR RELIEF FROM AUTOMATIC STAY

Upon the Motion for Relief from Automatic Stay filed by Sterling Savings Bank, successor in interest by merger to Sonoma National Bank, the matter having come on regularly for hearing before the undersigned United States Bankruptcy Judge on May 27, 2010, the appearances having been duly noted on the record, arguments in support of and in opposition to the motion having been considered, and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Motion is granted and Moving Party is hereby granted relief from the automatic stay of 11 U.S.C. § 362, and may proceed to enforce its remedies as secured creditor, including the right to foreclose upon the property described in the Motion and more commonly known as **16390 Fourth Street, Guerneville, CA; A.P.N. 070-030-010-000** ("the Property"); provided, however, that this Order is stayed for thirty

(30) days following the date of entry of the Order to allow the Debtor to attempt to secure a bona fide purchaser for the Property and file an appropriate motion with the Court to obtain approval of a sale of the Property. If the Debtor timely files a motion to obtain approval of a sale of the Property within thirty days of the date of entry of this Order, this Order will be stayed an additional thirty (30) days from the date of filing of said motion.

***END OF ORDER***

*APPROVAL AS TO FORM*:

Blasberg and Associates

By: \_\_\_\_/s/ Teresa A. Blasberg\_\_\_\_
     Teresa A. Blasberg,
     Attorneys for Debtor

**Debtor:**
Ray Khem Shahani
477 Ninth Ave, Suite 112
San Mateo, CA 94402

**Debtor's Counsel:**
Teresa A. Blasberg
Blasberg and Associates
526 N. Juanita Ave.
Los Angeles, CA 90004

**U.S. Trustee:**
Office of the U.S. Trustee / SF
Office of the U.S. Trustee
235 Pine St, Ste. 700
San Francisco, CA 94104