Teresa A. Blasberg, Esq., SBN 105,473
Blasberg and Associates
526 N. Juanita Avenue
Los Angeles, California 90004
Telephone: (213) 239-0364

Attorney for the Debtor Ray K. Shahani

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>RAY K. SHAHANI,<br><br>            Debtor. | Case No. 09-33549<br><br>Chapter 11<br><br>NOTICE OF HEARING OF MOTION TO SELL PROPERTY FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES<br><br>BLR 6004-1 Disclosure:<br>Sonoma County Tax Collector<br>Sterling Savings Bank<br>Small Business Administration<br>Paul Unson<br>Scott Mandell<br><br>Date:  August 6, 2010<br>Time:  10:00 AM<br>Dept:  Court Room 22<br>Judge: Hon. Dennis Montali |

TO THE PARTIES ON THE ATTACHED SERVICE LIST AND THEIR ATTORNEY(S) OF RECORD:

     PLEASE TAKE NOTICE that on August 6, 2010 at 10:00AM at Court Room 22, 235 Pine Street, 19th Floor, San Francisco, CA, Debtor Ray K. Shahani's "Motion to Sell Property Free and Clear of Liens, Claims and Encumbrances" filed and served herewith will be heard.

     PLEASE TAKE FURTHER NOTICE that if you do not consent to the relief requested in the Motion, you and your attorney must file a response or opposition to the Motion with the Bankruptcy Court, and serve the response or opposition on counsel for movant, at the address indicated in the upper left-hand corner of this Notice, as well as on other parties entitled to

service thereof, at least fourteen (14) calendar days before the date set for the hearing. In the event you or your counsel fail to timely file and serve a response or opposition during the time prescribed herein, the Court may determine that you do not oppose the relief sought in the Motion and may enter an order granting the relief requested therein.

Dated: July 9, 2010                                    BLASBERG & ASSOCIATES

                                          By:    /s/ Teresa Blasberg
                                                  Teresa Blasberg
                                       Attorney for Debtor Ray K. Shahani