

Signed and Filed: August 13, 2010

_____
**DENNIS MONTALI
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re ) Bankruptcy Case
) No. 09-33549DM
RAY K. SHAHANI, )
)
Debtor. ) Chapter 11
_____)

ORDER DENYING MOTION

A hearing on Debtor's Motion To Sell Property Free and Clear of Liens, Claims and Encumbrances ("Motion") was held on August 13, 2010, and good cause appearing therefor,

IT IS HEREBY ORDERED that said Motion is DENIED for the reasons stated on the record.

**END OF ORDER**

-1-